# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD ROGERS,<br><br>      Plaintiff,<br><br>      v.<br><br>BOSTON PADS, LLC, ET AL.,<br><br>      Defendants. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:11-cv-11890-MBB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Richard Rogers and Defendants Boston Pads, LLC, Michael Swann, Lakeya Rochelle, Gustavo Payano, Greg Bailey, Sungmin Choi, Chris Brusil, Sean Persson, Jude Lee, Paul Carrafiello, John Canning, Chris Jacobson, Donald Wright (previously identified as "Agent Don"), and Tashina McKenzie (previously identified as "Agent Tashina") hereby stipulate to dismiss with prejudice the above-captioned action, including all claims and counterclaims contained therein, with all rights of appeal waived, and with each party bearing its own costs and attorneys' fees.

Dated: December 19, 2011

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/Richard Rogers | /s/ Lisa Swiszcz |
| Richard Rogers (*pro se*) | Brian M. Gaff (BBO # 642297) |
| P.O. Box 230641 | bgaff@edwardswildman.com |
| Boston, MA  02123 | Lisa Swiszcz (BBO # 639963) |
| Tel.: 617-266-8998 | lswiszcz@edwardswildman.com |
| | Deborah H. Dodge (BBO # 672838) |
| | ddodge@edwardswildman.com |
| | EDWARDS WILDMAN PALMER LLP |
| | 111 Huntington Avenue |
| | Boston, MA  02199-7613 |
| | Tel.: 617-239-0100 |
| | Fax: 617-227-4420 |
| *Plaintiff* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 19, 2011.

      /s/Lisa Swiszcz

BOS2_902007.1